NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-622


CARROL J. VINCENT

VERSUS

AMANDA KAYE MILLER

\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2001-4452
HONORABLE WILFORD D. CARTER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*
**ELIZABETH A. PICKETT**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**


**Roger G. Burgess**
**Erin McCall Alley**
**Baggett, McCall & Burgess**
**3006 Country Club Road**
**Lake Charles, LA 70605**
**(337) 478-8888**
**Counsel for Defendant Appellee:**
**Amanda Kaye Miller**


**Carrol J. Vincent**
**In Proper Person**
**P. O. Box 985**
**Sulphur, LA 70664**
**(337) 842-3600**
**Counsel for Plaintiff Appellant:**
**Carrol J. Vincent**